# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DISIVION

**MATTHEW THORNTON**                                                                          **PETITIONER**
**ADC# 141948**

v.                     Case No. 4:21-cv-00662-BRW-JTK

**DEXTER PAYNE,** *Director*,
**Arkansas Division of Correction**                                                           **RESPONDENT**

## ORDER

The Court has received the partial recommendation submitted by United States Magistrate Judge Jerome T. Kearney. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

IT IS SO ORDERED, this 14th day of October, 2021.


                                                            Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE