# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DISIVION

**MATTHEW THORNTON**     **PETITIONER**
**ADC# 141948**

**v.**     **Case No. 4:21-cv-00662-BRW-JTK**

**DEXTER PAYNE,** *Director*,
**Arkansas Division of Correction**     **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered today, the Court summarily dismisses the petition and denies the requested relief.

IT IS SO ORDERED, this 14th day of October, 2021.

           Billy Roy Wilson
           UNITED STATES DISTRICT JUDGE